IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSE REEVES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS and DOE and XYZ DEFENDANTS 1-5,<br><br>　　　　　Defendants. | CV 20–69–M–DLC<br><br><br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 22.)

IT IS ORDERED that the above captioned matter be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 1st day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court